No. 3469. — García, apda., *v.* González, aplte. — C. D. Ponce. Jun. 4, 1925. Cobro de dinero.

Por cuanto, las únicas cuestiones sometidas a nuestra consideración por la apelante son las siguientes:

"1. La Corte de Distrito de Ponce cometió error manifiesto, fundamental y perjudicial al derecho del demandado-apelante, al declarar como probado en su opinión que la demandante Margarita García prestó servicios de carácter retribuible a la demandada doña Juana María González.

"2. La Corte de Distrito de Ponce cometió error manifiesto, fundamental y perjudicial al derecho del demandado-apelante, al declarar como probado en su opinión, que el va-

lor de los servicios que la demandante Margarita García prestara a Juana María González, valían justa y razonablemente la suma de $75.00 mensuales.

"3. La Corte de Distrito de Ponce cometió error al condenar al demandado, al pago de las costas, cuando según los términos de la misma sentencia, no ha sido culpable de temeridad al defenderse de la presente acción."

Por cuanto, un examen cuidadoso de toda la prueba aducida en el juicio, considerada a la luz de la argumentación del abogado de la apelante en apoyo de las contenciones arriba citadas, no revela tal error manifiesto que requiera la revocación de la sentencia apelada; y

Por cuanto, el discutir ahora esta corte tal prueba en sus pormenores no tendría fin práctico alguno, y retardaría el despacho de otros asuntos en que están envueltas cuestiones de derecho y el establecimiento de precedentes para la norma futura de los litigantes,

Por tanto, *se confirma* la sentencia apelada.